Oregon State Bar

# Certificate of Good Standing

I, Sarra Yamin, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**RYAN A. SHANNON, BAR NO. 155537**

was admitted to practice law in the State of Oregon by Examination and became an Active licensee of the Oregon State Bar on November 12, 2015.

There are no grievances or disciplinary proceedings presently pending against this licensee.

No disciplinary action has been taken against this licensee in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Shannon is an Active licensee of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 24th day of July 2026.

Sarra Yamin
Regulatory Counsel

Kerri Deegan

____________________________________

Kerri Deegan, Authorized Representative

*This certificate expires 60 days from the date of issuance*

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935

(503) 620-0222 *toll-free in Oregon* (800) 452-8260 www.osbar.org