NICHOLAS W. BROWN
Attorney General of Washington
MAGGIE SMITH, *Pro Hac Vice*
ELIZABETH HARRIS, *Pro Hac Vice*
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: 360-582-6569
E-mail: Maggie.Smith@atg.wa.gov
Elizabeth.Harris@atg.wa.gov

*Attorneys for non-party State of Washington*

*[Additional counsel listed on signature page]*

ROB BONTA
Attorney General of California
LAURA J. ZUCKERMAN, SBN 161896
Supervising Deputy Attorney General
JENNIFER LODA, SBN 284889
TARA MUELLER, SBN 161536
HEATHER M. LEWIS, SBN 291933
SUSANA AGUILERA, SBN 341788
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-3433
Fax: (510) 622-2270
E-mail: Jennifer.Loda@doj.ca.gov

*Attorneys for non-party State of California*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE et al.,<br><br>Defendants. | Case No. 3:26-cv-07176-VC<br><br>ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>The Honorable Vince Chhabria |

Pursuant to Civil Local Rules 3-12 and 7-11, Non-Party State of Washington, by and through Nicholas W. Brown, Attorney General; State of California, by and through Rob Bonta, Attorney General; Commonwealth of Massachusetts, by and through Andrea Joy Campbell, Attorney General; State of Maryland, by and through Anthony G. Brown, Attorney General; State of Arizona, by and through Kristin K. Mayes, Attorney General; State of Delaware, by and through Kathleen Jennings, Attorney General; State of Colorado, by and through Philip J. Weiser, Attorney General; State of Hawai'i, by and through Anne Lopez, Attorney General; State of Connecticut, by and through William Tong, Attorney

General; State of Illinois, by and through Kwame Raoul, Attorney General; State of Michigan, by and through Dana Nessel, Attorney General; State of New Mexico, by and through Raúl Torrez, Attorney General; State of Minnesota, by and through Keith Ellison, Attorney General; State of New York, by and through Letitia James, Attorney General; State of New Jersey, by and through Jennifer Davenport, Attorney General; State of Oregon, by and through Dan Rayfield, Attorney General; State of Rhode Island, by and through Peter F. Neronha, Attorney General; State of Wisconsin, by and through Joshua L. Kaul, Attorney General; State of Vermont, by and through Charity R. Clark, Attorney General; District of Columbia, by and through Brian L. Schwalb, Attorney General; and Commonwealth of Virginia, by and through Jay Jones, Attorney General (collectively, State Plaintiffs), respectfully move the Court to consider whether the above-entitled action is related to a new action that was recently filed by State Plaintiffs in this District: *California et al. v. Burgum et al.*, Case No. 4:26-cv-10071-ASK (N.D. Cal., Sep. 9, 2026) as well as *Defenders of Wildlife v. U.S. Fish and Wildlife Service et al.*, Case No. 3:26-cv-07507-VC (N.D. Cal., Jul. 20, 2026) (Chhabria).

Under Civil Local Rule 3-12(a), two cases are related when: (1) they "concern substantially the same parties, property, transaction or event," and (2) it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Both conditions are met here.

First, the actions concern substantially the same "event" because all three cases challenge action by the Secretary of the Interior and the Secretary of Commerce, acting through the U.S. Fish & Wildlife Service ("FWS") and the National Marine Fisheries Service ("NMFS") (collectively, "the Services"), to rescind the regulatory definition of "harm" as used within the definition of "take" in the Endangered Species Act, 16 U.S.C. § 1531 et seq. *See* Rescinding the Definition of "Harm" Under the Endangered Species Act, 91 Fed. Reg. 43,300 (Jul. 14, 2026) (Harm Rule). All three actions name FWS and NMFS as defendants.



ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

*See Fin. Fusion, Inc. v. Ablaise Ltd.*, No. C-06-2451 PVT, 2006 WL 3734292, at *3 (N.D. Cal. Dec. 18, 2006) (holding cases were related where they involved the same property and defendants). The State action and the above-entitled action also name Douglas Burgum, Secretary of the Interior, who oversees FWS, and Howard Lutnick, Secretary of Commerce, who oversees NMFS, as defendants. The State action additionally names Kevin Lilly, Principal Deputy Assistant Secretary for Fish and Wildlife and Parks in FWS; Brian Nesvik, Director of FWS; Timothy R. Petty, Assistant Secretary of Commerce for Oceans and Atmosphere and Deputy NOAA Administrator; and Eugenio Piñeiro Soler, Director of NMFS.

Second, it is likely that there would be an unduly burdensome duplication of labor, and/or conflicting results if the cases were conducted before different judges because all three cases deal with the same facts and will involve the same administrative record for the Harm Rule. Moreover, both cases involve the same or similar legal questions regarding whether the Harm Rule is contrary to the ESA, whether the Services provided a sufficient rationale for the Harm Rule as required by the Administrative Procedure Act, and whether the Services complied with their legal obligations under the National Environmental Policy Act in issuing the Harm Rule. *Compare* ECF No. 1, ¶¶ 57-69, *with California v. Burgum*, Case No. 4:26-cv-10071, ECF No. 1, ¶¶ 121-137 and *Defenders of Wildlife v. U.S. Fish and Wildlife Service*, Case No. 3:26-cv-07507-VC, ECF No. 1, ¶¶ 116-135; s*ee also Fin. Fusion*, 2006 WL 3734292, at *3-4.

For the foregoing reasons, and pursuant to Civil Local Rule 3-12(b), State Plaintiffs respectfully request that the Court relate this case and Case No. 4:26-cv-10071-ASK.

DATED this 22nd day of September, 2026.



ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

Respectfully submitted,

NICK BROWN
Attorney General of Washington

/s/ Elizabeth Harris
ELIZABETH M. HARRIS
MAGGIE BAKER SMITH
Assistant Attorneys General
Washington Attorney General's Office
Environmental Protection Division
800 5th Ave., Suite 2000, TB-14
Seattle, WA 98104-3188
Telephone: (360) 582-6569
E-mail: Maggie.Smith@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

ROB BONTA
Attorney General of California
LAURA J. ZUCKERMAN
Supervising Deputy Attorney General

/s/ Jennifer Loda
JENNIFER LODA, State Bar No. 284889
TARA MUELLER, State Bar No. 161536
HEATHER M. LEWIS, State Bar No. 291933
SUSAN AGUILERA, State Bar No. 341788
Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 879-3433
Fax: (510) 622-2270
E-mail: Jennifer.Loda@doj.ca.gov

*Attorneys for Plaintiff State of California*

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

/s/ Michele Hunton
MICHELE HUNTON*
ZEUS SMITH*
Assistant Attorneys General
Office of the Attorney General
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
E-mail: Michele.Hunton@mass.gov

*Attorneys for Plaintiff Commonwealth of Massachusetts*

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Steven J. Goldstein
STEVEN J. GOLDSTEIN*
Assistant Attorney General
Office of the Attorney General of Maryland
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
Telephone: 410-576-6414
E-mail: sgoldstein@oag.maryland.gov

KRISTIN K. MAYES
Attorney General of Arizona

/s/ Anthony C. Proano
ANTHONY C. PROANO*
Special Assistant Attorney General
Office of the Arizona Attorney General
Environmental Protection Unit
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-7753
E-mail: Anthony.Proano@azag.gov

*Attorney for Plaintiff State of Maryland*

KATHLEEN JENNINGS
Attorney General of the State of Delaware

<u>*/s/ Vanessa L. Kassab*</u>
IAN R. LISTON
Director of Impact Litigation
RALPH K. DURSTEIN III
VANESSA L. KASSAB*
Deputy Attorneys General
ROBIN L. JACOBS
Assistant Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
Telephone: (302) 683-8899
E-mail: vanessa.kassab@delaware.gov

*Attorneys for Plaintiff State of Delaware*

ANNE LOPEZ
Attorney General of Hawai'i

<u>*/s/ Danica Patel*</u>
DANICA PATEL*
Deputy Attorney General
425 Queen Street
Honolulu, HI 96813
Telephone: (808) 586-1500
Fax: (808) 586-1239
E-mail: Danica.L.Patel@hawaii.gov

*Attorney for Plaintiff State of Hawai'i*

KWAME RAOUL
Attorney General of Illinois

<u>*/s/ Joanna K. Brinkman*</u>
JOANNA K. BRINKMAN
Complex Litigation Counsel
JASON E. JAMES
Assistant Attorney General
ROGER JOHNSON
Assistant Attorney General
Illinois Attorney General's Office
115 S. LaSalle St.
Chicago, IL 60603
Telephone: 312-814-3033

*Attorney for Plaintiff State of Arizona*

PHILIP J. WEISER
Attorney General of Colorado

<u>*/s/ Christopher Breidenbach*</u>
CARRIE NOTEBOOM
Assistant Deputy Attorney General
CHRISTOPHER BREIDENBACH
Senior Assistant Attorney General
Natural Resources and Environment Section
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: 720-508-6285
E-mail: Carrie.Noteboom@coag.gov

*Attorneys for Plaintiff State of Colorado*

WILLIAM TONG
Attorney General of Connecticut

<u>*/s/ Daniel M. Salton*</u>
DANIEL M. SALTON*
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5250
E-mail: daniel.salton@ct.gov

*Attorney for Plaintiff State of Connecticut*

DANA NESSEL
Attorney General of Michigan

<u>*/s/ Nathan A. Gambill*</u>
NATHAN A. GAMBILL*
Assistant Attorney General
Michigan Department of Attorney General
Environment, Natural Resources,
and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
Telephone: (517) 335-7664
E-mail: gambilln@michigan.gov

E-mail: joanna.brinkman@ilag.gov

*Attorneys for Plaintiff State of Illinois*

*Attorney for Plaintiff State of Michigan*

RAÚL TORREZ
Attorney General of New Mexico

/s/ J. Spenser Lotz
J. SPENSER LOTZ*
Assistant Attorney General
Environmental Protection Bureau
201 Third St. NW, Suite 300
Albuquerque, NM 87102
Telephone: (505) 616-7560
E-mail: slotz@nmdoj.gov

*Attorney for Plaintiff State of New Mexico*

KEITH ELLISON
Attorney General of Minnesota

/s/ Cat Rios-Keating
CAT RIOS-KEATING*
Special Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
Saint Paul, MN 55101
Telephone: (651) 300-7302
E-mail: catherine.rios-keating@ag.state.mn.us

*Attorney for Plaintiff State of Minnesota*

LETITIA JAMES
Attorney General of New York

/s/ Laura Mirman-Heslin
LAURA MIRMAN-HESLIN*
Assistant Attorney General
Office of the New York State Attorney General
Environmental Protection Bureau
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6091
E-mail: Laura.Mirman-Heslin@ag.ny.gov

*Attorney for Plaintiff State of New York*

JENNIFER DAVENPORT
Attorney General of New Jersey

/s/ Lisa J. Morelli
LISA J. MORELLI, State Bar No. 137092
ALANA V. PACCIONE*
Deputy Attorneys General
New Jersey Division of Law
25 Market Street
Trenton, New Jersey 08625
Telephone: (609) 376-2740
E-mail: Lisa.Morelli@law.njoag.gov

*Attorneys for Plaintiff State of New Jersey*

DAN RAYFIELD
Attorney General of Oregon

/s/ Paul Garrahan
PAUL GARRAHAN
Sr. Assistant Attorney General
Oregon Department of Justice
Natural Resources Section
1162 Court Street NE
Salem, Oregon 97301-4096
Telephone: (503) 947-4540
E-mail: Paul.Garrahan@doj.oregon.gov

*Attorney for Plaintiff State of Oregon*

PETER F. NERONHA
Attorney General of Rhode Island

/s/ Nicholas M. Vaz
NICHOLAS M. VAZ
Assistant Attorney General
Rhode Island Office of the Attorney General
Environment and Energy Unit Chief
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400 ext. 2297
E-mail: nvaz@riag.ri.gov

*Attorney for Plaintiff State of Rhode Island*

JOSHUA L. KAUL
Attorney General of Wisconsin

/s/ Kevin L. Grzebielski
KEVIN L. GRZEBIELSKI*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
Telephone: (608) 266-7234
Email: Kevin.Grzebielski@wisdoj.gov

*Attorney for Plaintiff State of Wisconsin*

CHARITY R. CLARK
Attorney General of Vermont

/s/ Justin G. Sherman
JUSTIN G. SHERMAN*
Assistant Attorney General
Vermont Attorney General's Office
Environmental and Public Protection Division
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-5621
E-mail: justin.sherman@vermont.gov

*Attorney for Plaintiff State of Vermont*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

/s/ Coty Montag
COTY MONTAG, State Bar No. 255703
Deputy Attorney General
LAUREN MARKS
Special Assistant Attorney General
KATHRYN BLANCO
Assistant Attorney General
400 6th Street NW Washington, D.C. 20001
Telephone: 202-256-3713
E-mail: Coty.Montag@dc.gov

*Attorneys for Plaintiff District of Columbia*

JAY JONES
Attorney General for the Commonwealth of Virginia

/s/ Megan C. Keenan
MEGAN C. KEENAN*
Deputy Solicitor General
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 997-5222
E-mail: mkeenan@oag.state.va.us

*Attorney for Plaintiff Commonwealth of Virginia*

**Application for admission pro hac vice forthcoming*



ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

**CERTIFICATE OF SERVICE**

I, Elizabeth Harris, am employed by the Washington State Attorney General's Office. I am over the age of eighteen and am not a party to this action. My business address is 800 Fifth Ave., Ste 2000, Seattle, WA 98104.

I hereby certify that on September 22, 2026, the foregoing document was electronically filed using the CM/ECF system, which will send notification of the same to all CM/ECF participants.

In addition, I caused to be served, via USPS First-Class Mail, the foregoing document on the parties identified below:

| | |
|---|---|
| Doug Burgum, U.S. Secretary of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | Kevin Lilly, Principal Deputy Assistant Secretary for Fish and Wildlife and Parks<br>1849 C Street, N.W.<br>Washington, D.C. 20240 |
| United States Fish and Wildlife Service<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | Howard Lutnick, U.S. Secretary of Commerce<br>1401 Constitution Ave., N.W.<br>Washington, D.C. 20230 |
| Timothy R. Petty, Assistant Secretary of Commerce for Oceans and Atmosphere and Deputy NOAA Administrator<br>1401 Constitution Ave., N.W.<br>Washington, D.C. 20230 | National Marine Fisheries Service<br>1315 East-West Highway<br>Silver Spring, Maryland 20910 |
| Craig H. Missakian, U.S. Attorney for the Northern District of California<br>450 Golden Gate Avenue, P.O. Box 36055<br>San Francisco, CA 94102 | Civil Process Clerk, U.S. Attorney for the Northern District of California<br>450 Golden Gate Avenue, P.O. Box 36055<br>San Francisco, CA 94102 |

I hereby declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 22nd day of September, 2026, in Seattle, Washington.

*/s/ Elizabeth Harris*
ELIZABETH HARRIS