NICHOLAS W. BROWN
Attorney General of Washington
MAGGIE SMITH, *Pro Hac Vice*
ELIZABETH HARRIS, *Pro Hac Vice*
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: 360-582-6569
E-mail: Maggie.Smith@atg.wa.gov
Elizabeth.Harris@atg.wa.gov

*Attorneys for non-party State of Washington*

ROB BONTA
Attorney General of California
LAURA J. ZUCKERMAN, SBN 161896
Supervising Deputy Attorney General
JENNIFER LODA, SBN 284889
TARA MUELLER, SBN 161536
HEATHER M. LEWIS, SBN 291933
SUSANA AGUILERA, SBN 341788
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-3433
E-mail: Jennifer.Loda@doj.ca.gov

*Attorneys for non-party State of California*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

ENVIRONMENTAL PROTECTION INFORMATION CENTER et al.,

Plaintiffs,

v.

NATIONAL MARINE FISHERIES SERVICE et al.,

Defendants.

Case No. 3:26-cv-07176-VC

DECLARATION OF ELIZABETH HARRIS IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

The Honorable Vince Chhabria

I, Elizabeth Harris, hereby declare as follows:

1. I am an attorney in the Washington State Attorney General's Office, and I represent the State of Washington, by and through Nicholas W. Brown, Attorney General. I am also a member in good standing of the bar of the State of Washington. I have been admitted Pro Hac Vice in the matter of *State of California et al. v. Doug Burgum et al.*, Case No. 4:26-cv-10071-ASK (N.D. Cal., Sep. 9, 2026) (ECF 9). I make this declaration based on my personal knowledge and, if called to testify, could and would testify as stated herein.

2. On September 9, 2026, the State of Washington, along with the State of California, State of Maryland, State of Arizona, State of Colorado, State of Connecticut,

State of Delaware, State of Hawai'i, State of Illinois, State of Michigan, State of Minnesota, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Vermont, State of Wisconsin, Commonwealth of Massachusetts, Commonwealth of Virginia, and District of Columbia (collectively, "State Plaintiffs") filed an action *State of California et al. v. Doug Burgum et al.*, Case No. 4:26-cv-10071-ASK (N.D. Cal., Sep. 9, 2026)

3. On September 15, 2026, pursuant to Civil Local Rules 3-12 and 7-11, I contacted counsel for plaintiffs in the above-entitled action regarding their position on an administrative motion to relate the above-entitled action with *State of California*, Case No. 4:26-cv-10071-ASK. Plaintiffs in this action do not oppose this motion.

4. On September 15, 2026, pursuant to Civil Local Rules 3-12 and 7-11, I contacted counsel for plaintiffs in *Defenders of Wildlife v. United States Fish and Wildlife Service et al.*, Case No. 3:26-cv-07507-VC regarding their position on an administrative motion to relate this case with *State of California,* Case No. 4:26-cv-10071-ASK. Plaintiffs in that action do not oppose this motion.

5. Counsel for the federal defendants has not yet entered an appearance in the above-entitled action, in *Defenders of Wildlife*, Case No. 3:26-cv-07507-VC (N.D. Cal., Jul. 20, 2026), nor in *State of California*, Case No. 4:26-cv-10071-ASK (N.D. Cal., Sept. 9, 2026). Therefore, it was not possible to obtain a stipulation on this motion pursuant to Local Rule 7-11(a). The Services will be served with a copy of this administrative motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 22nd day of September, 2026, in Seattle, Washington.

*/s/ Elizabeth Harris*
ELIZABETH M. HARRIS



ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744