**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE et al.,<br><br>Defendants. | Case No. 3:26-cv-07176-VC<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>The Honorable Vince Chhabria |

Before the Court is State Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related, requesting that this matter be related to *State of California et al. v. Burgum et al.*, Case No. 4:26-cv-10071-ASK (N.D. Cal., Sep. 9, 2026) and *Defenders of Wildlife v. U.S. Fish and Wildlife Service et al.*, Case No. 3:26-cv-07507-VC (N.D. Cal., Jul. 20, 2026).

I find the cases to be related and for that reason the motion is GRANTED.

IT IS SO ORDERED.

Dated:

____________________________
HON. VINCE CHHABRIA
United States District Judge



ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744