Jane P. Davenport (CA Bar No. 193275)
DEFENDERS OF WILDLIFE
1130 17th Street NW
Washington, DC 20036
(202) 772-3274
jdavenport@defenders.org

*Attorney for Plaintiff Defenders of Wildlife*

*(Additional counsel listed in signature block)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

DEFENDERS OF WILDLIFE,

Plaintiff,

v.

U.S. FISH AND WILDLIFE SERVICE and NATIONAL MARINE FISHERIES SERVICE,

Defendants.

Case No. 3:26-cv-7507-VC

**SUPPLEMENTAL CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP**

Administrative Procedure Act Case

On July 21, 2026, pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15, Plaintiff Defenders of Wildlife filed a Certificate of Conflicts, Interested Entities and Persons, and Citizenship (Certificate) (Dkt. No. 5). Since the filing of the Certificate, the above-mentioned action was reassigned to the Honorable Judge Vince Chhabria (Dkt. No. 14), and three additional attorneys have made appearances on behalf of Plaintiff Defenders of Wildlife (Dkt. Nos. 16, 19, 20). Accordingly, pursuant to Civil L.R. 3-15(a)(3), the undersigned files this Supplemental Certificate of Conflicts, Interested Entities and Persons, and Citizenship, and the

undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: September 24, 2026

<u>/s/ *Erica H. Pencak*</u>

JANE P. DAVENPORT
(California Bar No. 193275)
ERICA H. PENCAK, *pro hoc vice*
(District of Columbia Bar No. 90041087)
DEFENDERS OF WILDLIFE
1130 17th Street NW
Washington, DC 20036
(202) 772-3274
jdavenport@defenders.org
epencak@defenders.org

RYAN ADAIR SHANNON, *pro hac vice*
(Oregon Bar No. 155537)
DEFENDERS OF WILDLIFE
2009 NE Alberta St. #207
Portland, OR 97211
(503) 899-0663
rshannon@defenders.org

WILLIAM NAZAR CARLON
(California Bar No. 305739)
LAW OFFICE OF WILLIAM CARLON
437 Post St.
Napa, CA 94559
(530) 514-4115
william@carlonlaw.com

*Attorneys for Plaintiff Defenders of Wildlife*