Jane P. Davenport (CA Bar No. 193275)
DEFENDERS OF WILDLIFE
1130 17th Street NW
Washington, DC 20036
(202) 772-3274
jdavenport@defenders.org

*Attorney for Plaintiff Defenders of Wildlife*

*(Additional counsel listed in signature block)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEFENDERS OF WILDLIFE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | Case No. 3:26-cv-7507-VC<br><br>**PROOF OF SERVICE**<br><br>Administrative Procedure Act Case |

As detailed in the accompanying Declaration of Service, the Complaint, Civil Summons, and associated documents in the above-captioned action were served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure and Civil L.R. 4-2. The documents were received on or before September 1, 2026.

//

Dated: September 24, 2026

/s/ *Erica H. Pencak*

JANE P. DAVENPORT
(California Bar No. 193275)
ERICA H. PENCAK, *pro hoc vice*
(District of Columbia Bar No. 90041087)
DEFENDERS OF WILDLIFE
1130 17th Street NW
Washington, DC 20036
(202) 772-3274
jdavenport@defenders.org
epencak@defenders.org

RYAN ADAIR SHANNON, *pro hac vice*
(Oregon Bar No. 155537)
DEFENDERS OF WILDLIFE
2009 NE Alberta St. #207
Portland, OR 97211
(503) 899-0663
rshannon@defenders.org

WILLIAM NAZAR CARLON
(California Bar No. 305739)
LAW OFFICE OF WILLIAM CARLON
437 Post St.
Napa, CA 94559
(530) 514-4115
william@carlonlaw.com

*Attorneys for Plaintiff Defenders of Wildlife*