Jane P. Davenport (CA Bar No. 193275)
DEFENDERS OF WILDLIFE
1130 17th Street NW
Washington, DC 20036
(202) 772-3274
jdavenport@defenders.org

*Attorney for Plaintiff Defenders of Wildlife*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEFENDERS OF WILDLIFE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | Case No. 3:26-cv-7507-VC<br><br>**DECLARATION OF SERVICE**<br><br>Administrative Procedure Act Case |

I, Erica H. Pencak, state:

I am a Senior Attorney employed by Plaintiff Defenders of Wildlife and I am over the age of eighteen. The facts set forth in this declaration are based on my personal knowledge.

1. Pursuant to Rule 4(i) of the Federal Rules of Civil Procedure and Civil L.R. 4-2, on August 25, 2026, I served a copy of the Civil Summons and Complaint in the above-captioned action on the U.S. Fish and Wildlife Service, the National Marine Fisheries Service, the U.S.

Attorney General, and the Civil Process Clerk at the U.S. Attorney's Office for the Northern District of California. The following documents were included in each service:

a) Complaint (Dkt. No. 1);

b) Summons (Dkt. No. 8 for the U.S. Fish and Wildlife Service and National Marine Fisheries Service, Dkt. No. 8-1 for the Attorney General and the U.S. Attorney for the Northern District of California);

c) Order Setting Initial Case Mgmt. Conf. and ADR Deadlines (Dkt. No. 6);[1]

d) Standing Order for Civil Cases before Judge Vince Chhabria; and

e) Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement.

2. Each service was sent via U.S. Certified Mail with Return Receipt to the following:

a) U.S. Fish & Wildlife Service
1849 C Street N.W.
Washington, D.C. 20240

b) National Marine Fisheries Service
1315 East West Highway, SSMC3
Silver Spring, MD 20910

c) Civil Process Clerk
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

d) The Honorable Todd Blanche

[1] In a cover note accompanying the service, I noted that pursuant to Dkt. 15, the due date for the Joint Case Management Statement and date of the Initial Case Management Conference had been changed to October 9, 2026, and October 16, 2026 (10:00 am), respectively.

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20230

3. The documents were received by the U.S. Fish & Wildlife service on August 31, 2026; the National Marine Fisheries Service on August 27, 2026; the U.S. Attorney's Office for the Northern District of California on August 28, 2026; and the Attorney General on September 1, 2026. Confirmations of delivery for each recipient are included in the attached Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 24, 2026 *<u>/s/ Erica H. Pencak</u>*