# EXHIBIT A

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. FWS
1849 C St. NW
Washington, DC 20240

9590 9402 9356 5002 0802 62

2. Article Number (Transfer from service label)
9589 0710 5270 3710 5750 70

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X CCU ☑ Agent ☐ Addressee

B. Received by (*Printed Name*) CCU

C. Date of Delivery 8/31/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

9589 0710 5270 3710 5750 70

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
***Domestic Mail Only***

For delivery information, visit our website at ***www.usps.com***®.

Washington, DC 20240
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $5.55 |
| | 0291 |
| | $4.65 · 72 |
| Extra Services & Fees (*check box, add fee as appropriate*) | |
| ☑ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $4.02 |
| **Total Postage and Fees** $ | $14.22 |

Postmark Here: WASHINGTON SQUARE STATION, WASHINGTON DC 20036, AUG 25 2026; 08/25/2026

Sent To: U.S. Fish & Wildlife Service
Street and Apt. No., or PO Box No.: 1849 C St. NW
City, State, ZIP+4®: Washington, DC 20240

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Natl. Marine Fisheries Serv.
1315 East-West Hwy.
Silver Spring, MD
20910

9590 9402 9356 5002 0802 86

2. Article Number *(Transfer from service label)*

9589 0710 5270 371

PS Form 3811, July 2020

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery 8/27/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9589 0710 5270 3710 5750 87

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
***Domestic Mail Only***

**For delivery information, visit our website at *www.usps.com*®.**

Silver Spring, MD 20910

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $5.55 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☑ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $1.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $4.02 |
| **Total Postage and Fees** $ | $14.22 |

Postmark Here
WASHINGTON SQUARE STATION
AUG 25 2026
WASHINGTON DC 20036
08/25/2026

*Sent To* Natl. Marine Fisheries Serv.
*Street and Apt. No., or PO Box No.* 1315 East-West Hwy
*City, State, ZIP+4®* Silver Spring, MD 20910

**PS Form 3800, January 2023** PSN 7530-02-000-9047 **See Reverse for Instructions**

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
USAO N.D. Cal.
450 Golden Gate Ave.
P.O. Box 36055
San Francisco, CA 94102

9590 9402 9356 5002 0801 70

2. Article Number *(Transfer from service label)*

9589 0710 5270 3710 5750 94

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by *(Printed Name)* GABE M

C. Date of Delivery 9/28/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

9589 0710 5270 3710 5750 94

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
***Domestic Mail Only***

**For delivery information, visit our website at *www.usps.com*®.**

San Francisco, CA 94102

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $ $5.55 | 0291 |
| | | 72 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☑ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $4.02 | 08/25/2026 |
| **Total Postage and Fees** | $ $14.22 | |

WASHINGTON SQUARE STATION
25 2026
WASHINGTON DC 20036

*Sent To* Civil Process Clerk, USAO N.D. Cal.

*Street and Apt. No., or PO Box No.* 450 Golden Gate Ave., P.O. Box 36055

*City, State, ZIP+4®* San Francisco, CA 94102

**PS Form 3800, January 2023** PSN 7530-02-000-9047 **See Reverse for Instructions**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Honorable Todd Blanche
Attorney General of the U.S.
950 Pennsylvania Ave. NW
Washington, DC 20230

9590 9402 9356 5002 0801 87

2. Article Number (Transfer from service label)

9589 0710 5270 3710 5750 63

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Evie Sassok ☐ Agent ☐ Addressee

B. Received by (Printed Name) SEP 01 2026

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INSPECTED 25

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- Insured Mail
- Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

9589 0710 5270 3710 5750 63

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ $5.55

Extra Services & Fees (check box, add fee as appropriate)
- ☑ Return Receipt (hardcopy) $ $4.85
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $ $4.02

Total Postage and Fees $

Postmark Here

WASHINGTON SQUARE STATION
AUG 25 2026
WASHINGTON DC 20036
08/25/2026

Sent To Todd Blanche, Attorney General

Street and Apt. No., or PO Box No. 950 Pennsylvania Ave. NW

City, State, ZIP+4® Washington, DC 20230

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions