ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy and Natural Resources Division
United States Department of Justice

MEREDITH L. FLAX, Deputy Section Chief
MICHAEL R. EITEL, Assistant Section Chief
MICHELLE M. SPATZ, Senior Trial Attorney (DC Bar 1044400)
SARA M. WARREN, Trial Attorney (GA Bar 966948)
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
202-598-9741 (Spatz); 202-598-5785 (Warren)
michelle.spatz@usdoj.gov; sara.warren@usdoj.gov

ALEC BOWMAN, Trial Attorney (DC Bar 90019707)
Natural Resources Section
150 M Street NE
Washington, D.C. 20002
202-532-3098
alec.bowman@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEFENDERS OF WILDLIFE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, *et al.*,<br><br>Federal Defendants. | Case No. 3:26-cv-07507-VC<br><br>Related Cases: 26-cv-7176-VC; 26-cv-10071-VC<br><br>**FEDERAL DEFENDANTS' NOTICE OF FILING THE JOINT ADMINISTRATIVE RECORD** |

This case is a challenge to the U.S. Fish and Wildlife Service's (FWS) and National Marine Fisheries Service's (NMFS) (collectively, the Services) final rule rescinding the definition of "harm" under the Endangered Species Act (ESA), 91 Fed. Reg. 43300 (Jul. 14, 2026) (Rescission Rule). Judicial review is governed by the Administrative Procedure Act (APA), including the

requirement limiting review to "the whole record or those parts of it cited by a party." 5 U.S.C. § 706.

Federal Defendants hereby provide notice of filing the Services' joint administrative record for the Rescission Rule.

The index of the Services' joint administrative record is attached as **Exhibit 1**; the joint administrative record documents are attached as **Exhibit 2**; FWS's certification of the joint administrative record is attached as **Exhibit 3**, and NMFS's certification of the joint administrative record is attached as **Exhibit 4.**

Dated: October 7, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy and Natural Resources Division
United States Department of Justice

MEREDITH L. FLAX, Deputy Section Chief
MICHAEL R. EITEL, Assistant Section Chief

*/s/ Michelle M. Spatz*
MICHELLE M. SPATZ, Senior Trial Attorney (DC Bar 1044400)
SARA M. WARREN, Trial Attorney (GA Bar 966948)
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
202-598-9741 (Spatz); 202-598-5785 (Warren)
michelle.spatz@usdoj.gov; sara.warren@usdoj.gov

ALEC BOWMAN, Trial Attorney (DC Bar 90019707)
Natural Resources Section
150 M Street NE
Washington, D.C. 20002
202-532-3098
alec.bowman@usdoj.gov

*Attorneys for Federal Defendants*