| U.S. FISH AND WILDLIFE SERVICE (FWS) AND NATIONAL MARINE FISHERIES SERVICE (NMFS) JOINT ADMINISTRATIVE RECORD FOR THE FINAL RULE RESCINDING THE DEFINITION OF "HARM" UNDER THE ENDANGERED SPECIES ACT | | | |
|---|---|---|---|
| **Bates Begin** | **Bates End** | **Date** | **Document Description** |
| **Proposed and Final Rules** | | | |
| AR0001 | AR0018 | 7/14/2026 | Final Rule Rescinding the Definition of "Harm" Under the Endangered Species Act |
| AR0019 | AR0022 | 4/17/2025 | Proposed Rule Rescinding the Definition of "Harm" Under the Endangered Species Act |
| **Correspondence** | | | |
| AR0023 | AR0025 | 5/7/2026 | FWS Reply Letters to Senators Sheldon Whitehouse, Adam B. Schiff, and Cory A. Booker |
| AR0026 | AR0029 | 5/21/2025 | Letter from Hoh Indian Tribe re: Comments and Request for Formal Consultation on Proposed Rule Rescinding the Definition of "Harm" Under the Endangered Species Act |
| AR0030 | AR0033 | 5/15/2025 | Letter from Point No Point Treaty Council re: Rescinding the Definition of "Harm" under the Endangered Species Act |
| AR0034 | AR0035 | 5/5/2025 | Letter from Senators Sheldon Whitehouse, Adam B. Schiff, and Cory A. Booker |
| **Supporting and Related Materials** | | | |
| AR0036 | AR0040 | 7/10/2026 | Categorical Exclusion Documentation for NEPA Compliance |
| AR0041 | AR0042 | 7/10/2026 | Environmental Action Statement |
| AR0043 | AR0057 | 6/25/2026 | Regulatory Impact Analysis |
| AR0058 | AR0190 | 2/23/2026 | DOI Departmental Manual (516 DM 1) - Environmental Quality Programs, NEPA, Protection and Enhancement of Environmental Quality |
| AR0191 | AR0206 | 10/16/2025 | Final Regulatory Flexibility Analysis for the Recission of the Regulatory Definition of "Harm" |
| AR0207 | AR0246 | 6/30/2025 | NOAA Policy and Procedures for Compliance with NEPA and Related Authorities - Companion Manual for NOAA Administrative Order 216-6A |
| AR0247 | AR0249 | 3/10/2023 | NOAA Administrative Order (NAO 218-8A) - Policy on Government-to-Government Consultation with Federally Recognized Indian Tribal Governments |
| AR0250 | AR0252 | 4/22/2016 | NOAA Administrative Order (NAO 216-6A) - Compliance with the NEPA, Executive Orders 12114, Environmental Effects Abroad of Major Federal Actions; 11988 and 13690, Floodplain Management; and 11990, Protection of Wetlands |
| AR0253 | AR0254 | 12/1/1995 | DOI Departmental Manual (512 DM 2) - Intergovernmental Relations, American Indian and Alaska Native Programs, Departmental Responsibilities for Indian Trust Resources |
| Each document may be referred to by its Public Docket ID No. (beginning with FWS-HQ-ES-2025-0034-) and an internal page cite in lieu of Bates numbers. | | Various Dates | All public comments and other suporting documents on Public Docket No. FWS-HQ-ES-2025-0034, available at https://www.regulations.gov/docket/FWS-HQ-ES-2025-0034, are incorporated into the administrative record. |