United States Department of the Interior

FISH AND WILDLIFE SERVICE

5275 Leesburg Pike
MS-ES
Falls Church, Virginia 22041

**U.S. FISH AND WILDLIFE SERVICE'S CERTIFICATION OF THE JOINT ADMINISTRATIVE RECORD**

1. I, Andrew DeVolder, am employed by the U.S. Fish and Wildlife Service (FWS) as Manager for the Branch of Recovery and Conservation Planning.

2. As part of my official duties, I participated in and am familiar with FWS's and the National Marine Fisheries Service's joint rule rescinding the definition of "harm" under the Endangered Species Act, 91 Fed. Reg. 43,300 (Jul. 14, 2026) (Rescission Rule). I supervise staff who have custody and control of the FWS documents that constitute part of the joint administrative record for the Recission Rule.

3. Through my job functions and discussions with agency staff, I am familiar with the documents in the joint administrative record for the Rescission Rule. The joint administrative record contains those documents that were considered, either directly or indirectly, by the relevant agency decisionmakers when promulgating the Rescission Rule.

4. As noted in the index for the joint administrative record, all public comments and other supporting documents on Public Docket No. FWS-HQ-ES-2025-0034 are part of the joint administrative record for the Rescission Rule. Those documents are available at https://www.regulations.gov/docket/FWS-HQ-ES-2025-0034.

5. Based on information provided to me by my staff, I certify under penalty of perjury that the foregoing is true and correct.

Executed on: September 18, 2026.

ANDREW
DEVOLDER

Digitally signed by ANDREW
DEVOLDER
Date: 2026.09.18 13:06:32 -04'00'

__________________________________
Andrew DeVolder
Manager, Branch of Recovery and Conservation Planning
U.S. Fish and Wildlife Service