UNITED STATES DEPARTMENT OF COMMERCE
Assistant Secretary of Commerce
for Oceans and Atmosphere
Washington, D.C. 20230

## NATIONAL MARINE FISHERIES SERVICE'S CERTIFICATION OF THE JOINT ADMINISTRATIVE RECORD

1. I, Dr. Timothy R. Petty, am employed by the National Oceanic and Atmospheric Administration (NOAA) as an Assistant Secretary of Commerce for Oceans and Atmosphere and Deputy NOAA Administrator.

2. As part of my official duties, I participated in and am familiar with National Marine Fisheries Service's (NMFS's) and the U.S. Fish and Wildlife Service's joint rule rescinding the definition of "harm" under the Endangered Species Act, 91 Fed. Reg. 43,300 (Jul. 14, 2026) (Rescission Rule). I supervise staff who have custody and control of the NMFS documents that constitute part of the joint administrative record for the Recission Rule.

3. Through my job functions and discussions with agency staff, I am familiar with the documents in the joint administrative record for the Rescission Rule. The joint administrative record contains those documents that were considered, either directly or indirectly, by the relevant agency decisionmakers when promulgating the Rescission Rule.

4. As noted in the index for the joint administrative record, all public comments and other supporting documents on Public Docket No. FWS-HQ-ES-2025-0034 are part of the joint administrative record for the Rescission Rule. Those documents are available at https://www.regulations.gov/docket/FWS-HQ-ES-2025-0034.

5. For the sake of clarity, I note that the Rescission Rule references a "National Oceanic and Atmospheric Administration (NOAA) Administrative Order (NAO) 218-8 (April 2012)," *see* 91 Fed. Reg. at 43,315, however, this is the incorrect title of the document. The referenced document is NOAA Administrative Order (NAO 218-8A) regarding Policy on Government-to-Government Consultation with Federally Recognized Indian Tribal Governments

**UNITED STATES DEPARTMENT OF COMMERCE**
**Assistant Secretary of Commerce**
**for Oceans and Atmosphere**
Washington, D.C. 20230

(March 10, 2023), which is included in the administrative record at AR0247-AR0249.

6. Based on information provided to me by my staff, I certify under penalty of perjury that the foregoing is true and correct.

Executed on: September 21, 2026.

PETTY.TIMOTHY.RAY.1517935863 Digitally signed by PETTY.TIMOTHY.RAY.1517935863 Date: 2026.09.23 12:57:57 -04'00'

Timothy R. Petty, Ph.D.
Assistant Secretary of Commerce for Oceans and Atmosphere
Deputy NOAA Administrator