Jane P. Davenport (CA Bar No. 193275)
Erica H. Pencak (DC Bar No. 193275), *pro hac vice*
DEFENDERS OF WILDLIFE
1130 17th Street NW
Washington, DC 20036
(202) 772-3274
jdavenport@defenders.org

*Attorneys for Plaintiff Defenders of Wildlife*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

DEFENDERS OF WILDLIFE,

Plaintiff,

v.

U.S. FISH AND WILDLIFE SERVICE and NATIONAL MARINE FISHERIES SERVICE,

Defendants.

Case No. 3:26-cv-7507-VC

**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO HOLD BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT IN ABEYANCE (Local Rule 7-11)**

Case Mgmt. Conf.: Oct. 16, 2026
Time: 10 a.m. via teleconference
Hon. Vince Chhabria

I, Erica Pencak, hereby declare that:

1. I am a Senior Attorney for Defenders of Wildlife, who represents Defenders of Wildlife in the above-captioned matter. I make this declaration pursuant to Local Rule 7-11(a). I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I would testify competently thereto.

2. On October 8, 2026, I was copied on an email that counsel in a related case sent on behalf of Plaintiffs in three related cases[1] to counsel for Federal Defendants in three related cases, in an attempt to obtain a stipulation to hold in abeyance the briefing schedule on Federal Defendants' motions for summary judgment filed on October 7, 2026, in each of these three related cases, pending this Court's determination of the appropriate sequence and timing of the parties' cross-motions for summary judgment. Defendants responded via email, also on October 8, 2026, that they intend to oppose Plaintiffs' motion to hold the current briefing deadlines in abeyance. Therefore, a stipulation could not be obtained.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 9, 2026

/s/ Erica H. Pencak

Erica H. Pencak, Declarant

[1] *Environmental Protection Information Center et al. v. National Marine Fisheries Service, et al*., 3:26-cv-07176-VC (lead), *Defenders of Wildlife v. U.S. Fish and Wildlife Service*, *et al.*, 3:26-cv-07507-VC, and *State of California, et al. v. Burgum, et al.*, 3:26-cv-10071-VC.