Jane P. Davenport (CA Bar No. 193275)
Erica H. Pencak
(DC Bar No. 193275), *pro hac vice*
DEFENDERS OF WILDLIFE
1130 17th Street NW
Washington, DC 20036
(202) 772-3274
jdavenport@defenders.org

*Attorneys for Plaintiff Defenders of Wildlife*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEFENDERS OF WILDLIFE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | Case No. 3:26-cv-7507-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO HOLD BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT IN ABEYANCE**<br><br>Case Mgmt. Conf.: Oct. 16, 2026<br>Time: 10 a.m. via teleconference<br>Hon. Vince Chhabria |

Before the Court is Plaintiff's Motion for Administrative Relief to Hold Federal Defendants' Motion for Summary Judgment in Abeyance, requesting that this Court hold the briefing schedule for Federal Defendants' Motion for Summary Judgment, filed on October 7, 2026 (Dkt. No. 32), in abeyance pending this Court's issuance of a Case Management Scheduling Order for this case following the Case Management Conference currently set for October 16, 2026 at 10:00 a.m.

For the reasons stated in that motion, the motion is hereby GRANTED.

IT IS SO ORDERED.

Dated: October __, 2026

_______________________________

HONORABLE VINCE CHHABRIA
U.S. District Court Judge