UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DEFENDERS OF WILDLIFE,

Plaintiff,

v.

U.S. FISH AND WILDLIFE SERVICE and NATIONAL MARINE FISHERIES SERVICE,

Defendants.

ENVIRONMENTAL PROTECTION INFORMATION CENTER, et al.

Plaintiffs,

v.

NATIONAL MARINE FISHERIES SERVICE, et al.,

Defendants.

STATE OF CALIFORNIA et al.,

Plaintiffs,

v.

DOUG BURGUM, et al.,

Defendants.

No. 3:26-cv-07507-VC

Related Cases: 3:26-cv-07176-VC; 3:26 cv-10071-VC

**DECLARATION IN SUPPORT OF PLAINTIFFS' JOINT MOTION TO COMPLETE THE ADMINISTRATIVE RECORD**

**Date: Dec. 10, 2026**
**Time: 10:00 a.m.**
**Courtroom 3, 17th Floor**
**Hon. Vince Chhabria**

I, Erica Pencak, hereby declare that:

1. I am a Senior Attorney for Defenders of Wildlife, who represents Defenders of Wildlife in the above-captioned matter. I make this declaration pursuant to Local Rule 7-11(a). I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I would testify competently thereto.

2. I am familiar with Regulations.gov. I have used the website on many occasions to submit comments and search for comments.

3. I am familiar with the Regulations.gov Rulemaking Docket for the rescission of the regulatory definitions of "harm" under the Endangered Species Act ("Public Docket"), which is located at https://www.regulations.gov/docket/FWS-HQ-ES-2025-0034 (last visited Nov. 4, 2026).

**Comment Submission Format and Downloading Comments and Exhibits Submitted as Attachments from Regulations.gov**

4. The Regulations.gov website accepts comments in two ways: 1) a commenter can type their comment directly into a text box that is generally limited to 5,000 characters, or 2) a commenter can upload their comment as an attachment (i.e., as a Word document or PDF). Many commenters, especially those submitting longer, technical comments, submit them as attachments.

5. If a commenter wants to include exhibits to their comment, such as scientific studies or other information referenced and cited to in the comment, up to 20 files can be attached, none of which can be over 10 MB.

6. If a commenter wants to include more than 20 exhibits, they can attach each exhibit separately, but must start a new comment (with a new Comment ID Number) for attachments 21-40, attachments 41-60, etc., or they can combine multiple exhibits into one or more attachments (so long as each attachment stays below 10 MB).

7. When documents are uploaded as attachments to Regulations.gov, the website does not apply Bates-numbers or any other pagination marks to them. Accordingly, when a

document is downloaded from Regulations.gov, it will include only the pagination that existed—if it existed at all—in the original file uploaded by the commenter.

8. When a document is downloaded from Regulations, gov, there is no marking on the face of the document that includes document's Comment ID number, or even any indication that the document was downloaded from Regulations.gov.

9. Regulations.gov does not provide a feature for downloading more than one attachment at a time. I am aware that third-party programs can be used to "mass download" attachments from web-based repositories, like Regulations.gov.

10. Defenders of Wildlife ("Defenders") included 54 exhibits to its comment letter. Defenders' public comment includes four separate Comment ID numbers: 1) the comment, FWS-HQ-ES-2025-0034-223181; 2) Exhibits A through T (20 documents), FWS-HQ-ES-2025-0034-223146; 3) Exhibits U through AN (20 documents), FWS-HQ-ES-2025-0034-223145; and 4) Exhibits AO through BB (14 documents), FWS-HQ-ES-2025-0034-223149.

11. To download Defenders' entire comment, with exhibits, from Regulations.gov, a user must download 55 individual attachments from four different Comment IDs.

12. The State Attorneys General of the Commonwealths of Massachusetts and the States of Arizona, California, Colorado, Connecticut, Illinois, Maine, Maryland, Minnesota, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont and Washington attached seventeen papers cited in their comment letter in five volumes; four of those volumes include more than one paper. The States also included an index to the papers cited in their comment letters.

13. To Download the States' entire comment, with exhibits, from Regulations.gov, a user must download 7 attachments from one Comment ID (FWS-HQ-ES-2025-0034-212978). Because several of the attachments include multiple individual papers, each with their own pagination styles—and some with no pagination—the attachments do not have consistent, continuous, unbroken pagination.

**Finding Comments on Regulations.gov**

14. The Public Docket indicates that 357,699 comments were received, and 242,900 comments were published to the Public Docket.

15. The Public Docket includes four tabs: "Docket Details," "Unified Agenda," "Docket Documents (5)," and "All comments published on docket (242.9K)."

16. If a user clicks on the tab titled "All comments published on docket (242.9K)" the website displays only 25 comments in a default "Best Match" view. A user can scroll to the bottom of the page and "browse" through 39 additional pages of comments, each of which display 25 comments. Upon reaching the 40th page, the site notes that it is "Displaying 976 - 1000 of 242,900 results." There is no way to continue to the 1,00st result or beyond. Accordingly, using this "browsing" feature, only 1,000 comments can be viewed. The user can change the default view from "Best Match" to sort by the newest posted comments or the oldest posted comments, but still, only 1,000 comments (over 40 pages) will be displayed in either view.

17. The Public Docket also includes a simple Search feature, which can pull up comments if a user knows and types in a specific commenter's name or a Comment ID number.

18. For instance, typing "Defenders of Wildlife" into the Search feature pulls up 55 comments, including the four submitted by Defenders, and 51 others submitted by other commenters that include the phrase "Defenders of Wildlife" in the text of the comment.

19. However, the Search feature has significant limitations when searching for attachments. For instance, when Exhibit A to Defenders' Comment is downloaded from the public docket, it is assigned the file name: "FWS-HQ-ES-2025-0034-223146_attachment_1," but if "FWS-HQ-ES-2025-0034-223146_attachment_1" is typed into the Regulations.gov search bar, no documents are found. Additionally, any text included in attachments does not appear to be searchable using the Search feature. For instance, Defenders' Comment, which was submitted as

an attachment, starts with the phrase “On behalf of our over 2 million members and supporters.” When that phrase is typed into the Regulations.gov search bar, no documents are found.

20. The Public Docket does not include a list of all commenters, making the Search function of limited use if someone would like to find comments that he or she does not already know exist, without utilizing the separate “Bulk Download” feature described below.

**Utilizing Regulations.gov “Bulk Download” Feature**

21. Although the Public Docket does not provide instructions for doing so, users can navigate to a separate part of the Regulations.gov website to “bulk download” a spreadsheet of comments submitted to the Public Docket. The user must make the request at https://www.regulations.gov/bulkdownload (last visited Nov. 4, 2026), and the download will be transmitted as a .CSV file to their email address.

22. The Bulk Download spreadsheet provides the Comment ID numbers of all comments submitted, and the names of the individual or organization that submitted the comment. It also indicates whether comments are considered “mass mailings” and provides a column that tracks the number of “duplicates” identified for each comment.

23. If a commenter typed their comment into the text box available at Regulations.gov (generally limited to 5,000 characters), the text of the comment is also included in the Bulk Download spreadsheet. However, if the commenter attached their comment as a Word document or PDF, the text of their comment is not included. Instead, the spreadsheet provides a link to where the attachment can be downloaded. If the comment included multiple attachments, a link to each attachment is included, but each attachment must then be downloaded. The Regulations.gov “Bulk Download” feature does not provide a bulk download of the attachments themselves. The spreadsheet does not include any additional information describing the substance of the attachments. For instance, it does not include the file names that were given to the attachments by the commenter who uploaded them.

**National Marine Fisheries Service Categorical Exclusion for NEPA Compliance**

24. The Public Docket includes a tab entitled "Docket Documents (5)" that includes three documents marked as "Supporting and Related Material." One of these documents is entitled "U.S. Fish and Wildlife Service: Categorical Exclusion Documentation for NEPA Compliance: Final Rule for the Rescission of the regulatory definition of harm"

25. There is no NEPA Categorical Documentation for the National Marine Fisheries Service available in the "Docket Documents (5)" tab, or anywhere else in the Public Docket.

Dated: November 5, 2026

/s/ Erica H. Pencak

Erica H. Pencak, Declarant