UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DEFENDERS OF WILDLIFE,

Plaintiff,

v.

U.S. FISH AND WILDLIFE SERVICE and NATIONAL MARINE FISHERIES SERVICE,

Defendants.

ENVIRONMENTAL PROTECTION INFORMATION CENTER, et al.

Plaintiffs,

v.

NATIONAL MARINE FISHERIES SERVICE, et al.,

Defendants.

STATE OF CALIFORNIA et al.,

Plaintiffs,

v.

DOUG BURGUM, et al.,

Defendants.

No. 3:26-cv-07507-VC

Related Cases: 3:26-cv-07176-VC; 3:26 cv-10071-VC

**[PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT MOTION TO COMPLETE THE ADMINISTRATIVE RECORD**

**Date: Dec. 10, 2026**
**Time: 10:00 a.m.**
**Courtroom 3, 17th Floor**
**Hon. Vince Chhabria**

Before the Court is Plaintiffs' Joint Motion to Complete the Administrative Record, requesting that this Court require Federal Defendants to complete the Administrative Record, such that it includes all documents and materials directly or indirectly considered by the U.S. Fish and Wildlife Service and National Marine Fisheries Service ("NMFS") in finalizing the rulemaking that is the subject of the above-captioned matters, including Bates-stamped copies of all public comments and attachments, and NMFS's National Environmental Policy Act Categorical Exclusion Documentation.

After full consideration of the moving papers, the arguments of counsel, and the documents on file with the Court, and with good cause appearing, IT IS HEREBY ORDERED THAT Plaintiffs' motion is **GRANTED**.

IT IS SO ORDERED.

Dated: _______________, 2026

_________________________________

HONORABLE VINCE CHHABRIA
U.S. District Court Judge