The Honorable Tiffany M. Cartwright

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SWINOMISH INDIAN TRIBAL COMMUNITY, *et al.*,

Plaintiffs,

v.

NATIONAL MARINE FISHERIES SERVICE, *et al.*,

Defendants.

Case No. 2:26-cv-02473-TMC

Consolidated Cases:
2:26-cv-02474-TMC
3:26-cv-05788-TMC

**DECLARATION OF MADONNA BAUCUM**



U.S. Department of Justice
P.O. Box 7611, Washington D.C. 20044
(202) 598-5785

Pursuant to 28 U.S.C. § 1746, I, Madonna Baucum, declare as follows:

1. I am over the age of 18, I am competent to make this Declaration, and I make this Declaration based upon my personal knowledge.

2. I currently serve as Chief, Policy and Regulations, in the Joint Administrative Operations of the U.S. Fish and Wildlife Service. I have served in that role since January 19, 2020. I have been employed by the U.S. Fish and Wildlife Service for 9 years.

3. In my capacity as Chief of the Policy and Regulations Branch, I am familiar with the docket on regulations.gov for the rulemaking Rescinding the Definition of Harm under the Endangered Species Act (Docket ID FWS-HQ-ES-2025-0034).

4. The public docket for the rulemaking Rescinding the Definition of Harm under the Endangered Species Act reflects that 242,900 public submissions were published to the docket and 357,699 public submissions were received.

5. A bulk data download feature may be accessed on the regulations.gov website using the following URL: https://www.regulations.gov/bulkdownload.

6. To perform a bulk data download of the public docket for the rulemaking Rescinding the Definition of Harm under the Endangered Species Act (Docket ID FWS-HQ-ES-2025-0034), a user may navigate to the URL https://www.regulations.gov/bulkdownload, enter the docket ID for the rulemaking in the field marked "Docket ID," and enter an email address in the field marked "Email." The user should then complete the reCAPTCHA task and click "Submit."

7. After a download request is submitted, the sender no-reply@regulations.gov sends an email link to the bulk download. By clicking on the link, a user may download a comma-separated values (CSV) file that contains the text of the public comments submitted to the regulations.gov website. The CSV file may be opened with Microsoft Excel, among other applications.

8. An excerpt of the CSV file showing the columns and types of information available is attached to this Declaration as Exhibit A.

9. The CSV file contains the text of comments published on the docket and URLs that link to the attachments to any comments.

10. The CSV file contains a column labeled “Document Type.” Filtering that column to show only public submissions indicates that there are 242,900 public submissions on the docket.

11. The CSV file contains a column labeled “Duplicate.” Public submissions counted once in the total number of submissions have the value “1” in the “Duplicate” column. Public submissions, including mass mailings and comments for which there were multiple signatories, that were counted multiple times in the total number of submissions have a value greater than “1” in the “Duplicate” column. Adding the numbers in the “Duplicates” column (which can be done on Microsoft Excel using the AutoSum function) shows that there are 357,690 public submissions on the docket.

12. Of the 242,900 public submissions, 18 were categorized as mass mailings with 114,498 total signatories. An additional 18 were comments with multiple signatories, for a total of 331 signatories.

13. Three public submissions do not have a number in the “Duplicates” column. These submissions were withdrawn. In the CSV file, in the column labeled “Is Withdrawn,” these three entries have the value “TRUE.” Although these three submissions were withdrawn, they count toward the total number of submissions on the docket. This brings the total number of submissions to 357,693.

14. Six comments were not published to the docket and are not available on the bulk download. Comments from Department of the Interior Federal advisory councils are generally not published to public dockets. *See* How We Handle Your Comments, https://www.fws.gov/node/376066 (last accessed Nov. 5, 2026); *Handbook on Publishing*



U.S. Department of Justice
P.O. Box 7611, Washington D.C. 20044
(202) 598-5785

*Documents in the Federal Register*, https://www.fws.gov/sites/default/files/policy/files/PublishingFRDocs.pdf (July 2022) (last accessed November 5, 2026). Federal agencies also may decline to publish comments that appear to be spam, contain sensitive information, or contain inappropriate language.

15. The six comments not published on the public docket included: a submission by the Pacific Flyway Council; a submission by a member of a Desert Advisory Council; a submission that consisted of a rabies vaccine record for an animal; a submission that contained inappropriate language; a submission that appeared to be related to the Public Service Loan Forgiveness Program; and a submission regarding lost property.

16. The six comments not published to the docket were counted in the total number of comments, bringing the total number of submissions received to 357,699.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 5th, Eaton, Colorado.

MADONNA BAUCUM
Digitally signed by MADONNA BAUCUM
Date: 2026.11.05 14:07:57 -07'00'

MADONNA BAUCUM

| Document ID | Agency ID | Docket ID | Tracking N | Document | Posted Dat | Is Withdraw | Federal Re | FR Citation | Title | Comment | Comment | Allow Late | Comment | Effective D | Implemen | Postmark | Received D | Author Dat | Related RF | Authors | CFR | Abstract | Legacy ID | Media | Document | Exhibit Loc | Exhibit Tex | Additional | Additional | Topics | Duplicate C | OMB/PRA | Page Cour | Page Lengt | Paper Widt | Special Ins | Source Cit | Start End P | Subject |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FWS-HQ-ES-2025-0034-0001 | FWS | FWS-HQ-ES-2025-003 | | Proposed | 2025-04-1 | FALSE | 2025-067- | 90 FR 161 | Rescindin | 2025-04-1 | 2025-05-1 | FALSE | | | | | 2025-04-16T00:00Z | | | | 50 CFR Part 17 | | | | | | | | | Endangered and Threatened Speci | | | 4 | | | | | 16102 - 16105 | |
| FWS-HQ-ES-2025-0034-0002 | FWS | FWS-HQ-E | m9l-dk77- | Supporting | 2025-04-1 | FALSE | | | Proposed Rule 100-word Summar | | | FALSE | | | | | 2025-04-17T00:00Z | | | | | | | | | | | | | | | | 0 | | | | | | |
| FWS-HQ-ES-2025-0034-0003 | FWS | FWS-HQ-E | m9l-c9d1- | Public Sub | 2025-04-1 | FALSE | | | Comment from Harlston, Meredith | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |
| FWS-HQ-ES-2025-0034-0004 | FWS | FWS-HQ-E | m9l-c7me | Public Sub | 2025-04-1 | FALSE | | | Comment from Turnbull , Kessa | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |
| FWS-HQ-ES-2025-0034-0005 | FWS | FWS-HQ-E | m9l-ci1b-f | Public Sub | 2025-04-1 | FALSE | | | Comment from Landon, Karen | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |
| FWS-HQ-ES-2025-0034-0006 | FWS | FWS-HQ-E | m9l-clv1-l | Public Sub | 2025-04-1 | FALSE | | | Comment from Harkins, Maureen | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |
| FWS-HQ-ES-2025-0034-0007 | FWS | FWS-HQ-E | m9l-clv7-1 | Public Sub | 2025-04-1 | FALSE | | | Comment from reinhardt, william | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |
| FWS-HQ-ES-2025-0034-0008 | FWS | FWS-HQ-E | m9l-cm5q | Public Sub | 2025-04-1 | FALSE | | | Comment from Anonymous | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |
| FWS-HQ-ES-2025-0034-0009 | FWS | FWS-HQ-E | m9l-cpd4- | Public Sub | 2025-04-1 | FALSE | | | Comment from Tennant, Alex | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |
| FWS-HQ-ES-2025-0034-0010 | FWS | FWS-HQ-E | m9l-cum7 | Public Sub | 2025-04-1 | FALSE | | | Comment from LataneÂ´, Lawrenc | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |
| FWS-HQ-ES-2025-0034-0011 | FWS | FWS-HQ-E | m9l-czqt-6 | Public Sub | 2025-04-1 | FALSE | | | Comment from Jarrell, Heather | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |
| FWS-HQ-ES-2025-0034-0012 | FWS | FWS-HQ-E | m9l-d15c- | Public Sub | 2025-04-1 | FALSE | | | Comment from B, Deborah | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |
| FWS-HQ-ES-2025-0034-0013 | FWS | FWS-HQ-E | m9l-d19z- | Public Sub | 2025-04-1 | FALSE | | | Comment from McCoy, Jonathan | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |
| FWS-HQ-ES-2025-0034-0014 | FWS | FWS-HQ-E | m9l-d6lw- | Public Sub | 2025-04-1 | FALSE | | | Comment from Righter, Mark | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |
| FWS-HQ-ES-2025-0034-0015 | FWS | FWS-HQ-E | m9l-d6rn- | Public Sub | 2025-04-1 | FALSE | | | Comment from Wood, Amber | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |
| FWS-HQ-ES-2025-0034-0016 | FWS | FWS-HQ-E | m9l-cuk9- | Public Sub | 2025-04-1 | FALSE | | | Comment from Allen, Julia | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |
| FWS-HQ-ES-2025-0034-0017 | FWS | FWS-HQ-E | m9l-d94k- | Public Sub | 2025-04-1 | FALSE | | | Comment from Christy, Andrew | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |
| FWS-HQ-ES-2025-0034-0018 | FWS | FWS-HQ-E | m9l-d991- | Public Sub | 2025-04-1 | FALSE | | | Comment from Davis, Kris | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |
| FWS-HQ-ES-2025-0034-0019 | FWS | FWS-HQ-E | m9l-d9yq- | Public Sub | 2025-04-1 | FALSE | | | Comment from Hutchinson, Ian | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |
| FWS-HQ-ES-2025-0034-0020 | FWS | FWS-HQ-E | m9l-dbke- | Public Sub | 2025-04-1 | FALSE | | | Comment from Rawlinson, Elizabe | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |
| FWS-HQ-ES-2025-0034-0021 | FWS | FWS-HQ-E | m9l-dd16- | Public Sub | 2025-04-1 | FALSE | | | Comment from Esch, Thomas | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |
| FWS-HQ-ES-2025-0034-0022 | FWS | FWS-HQ-E | m9l-ddpt- | Public Sub | 2025-04-1 | FALSE | | | Comment from Petersen, David | | | FALSE | FWS-HQ-ES-2025-0034-0001 | | | | 2025-04-17T00:00Z | | | | | | | | Comment(s) | | | | | | 1 | | 1 | | | | | | |

| Document ID | First Name | Last Name | City | State/Prov | Zip/Postal | Country | Organizatio | Submitter | Represents | Represents | Governme | Governme | Comment | Category | Restrict Re | Restrict Re | Reason Wi | Content Fil | Attachment Files | Display Properties (Name, Label, Tooltip) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FWS-HQ-ES-2025-0034-0001 | | | | | | | | | | | | | | | | | | | https://downloads.regulations.gov/FWS-HQ-E! | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0002 | | | | | | | | | | | | | | | | | | | https://downloads.regulations.gov/FWS-HQ-E! | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0003 | Meredith | Harlston | Ada | MI | 49301 | United States | | | | | | | We have learned over the years the importance of protecting species means protecting habitat. Whether its from Spotted Owls or endangered cituls. If we don't have the habitat, we don't have the species. Just like if you don't have a home because the government demolished it, you would be harmed, same for the species. Harm to the habitat is harm to the species. The endangered species act protects these animals by any means necessary including cost. This was the ruling by the Supreme Court, this cannot be changed by executive order. | | | | | | | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0004 | Kessa | Turnbull | Cleveland | OH | 44113 | United States | | | | | | | If a developer came through and knocked down someone's house, you can bet they'd feel harmed. Habitats are animals' homes. Excluding habitat degradation from the definition of harm is stupid, illogical, and will devastate the hard work we've done protecting animals for decades. This is a travesty and should not be allowed to happen. Your agency is supposed to be the PROTECTOR of wildlife. Whoever proposed this rule should be ashamed of themselves. | | | | | | | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0005 | Karen | Landon | | VA | | United States | | | | | | | By Rescinding the Definition of â€œHarmâ€ under the Endangered Species Act, you would be, in effect, still harming endangered species by potentially destroying the habitat they need to survive. For example, by removing a forest endangered owls inhabit, they will no longer be able to build their nests to have their young, or to hunt. And they will not survive. Please reconsider. | | | | | | | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0006 | Maureen | Harkins | West Ches | PA | 19382 | United States | | | | | | | If one of the core edicts of the ESA is the idea that Habitat destruction is a leading reason of species extinction, removing habitat degradation from the definition of "Harm", directly undermines that edict. Animals rely on their habitat for survival. Giving humans the ability to take away certain habitats will kill those animals. I think we have seen the damage that overdevelopment and resource exploitation has done not only on animals but also on the land that humans have to live on. It just doesn't make sense. Please do not move forward with this redefinition. | | | | | | | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0007 | william | reinhardt | | | | United States | | | | | | | Reducing habitats will not help retarget species in any more efficient manner, but harm them because there are kinship models we do not even yet know. The complexity needs to be protected and researched rather than swept away. Thank you | | | | | | | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0008 | Anonymou | Anonymous | | | | | | | | | | | This deregulation is not necessary and even if it was the Office of the President of the United States of America is there to facilitate laws not interpret them. The congress and the judicial branches create and interpret laws. The presidential branch is only to facilitate the lawful application of those laws. Therefore your justification for this is outside your jurisdiction and should simply be removed from the table of discussion. Additionally, the definition of the use of the word â€œharmâ€ was enacted to expand upon the use of the word â€œtakeâ€ as the definition of that word is as you stated is older then the law itself. Common law is designed to evolve with the society it governs and this definition was part of that direction of evolution. Finally, as I am a citizen of the United States I am voicing my demand to the representatives of my country that this docket be removed from any further discussion and that the government branch that it was proposed by â€œremain in their laneâ€ as many of the current Presidential branches supporter have told others to do in the past. | | | | | | | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0009 | Alex | Tennant | Holly | MI | 48442 | United States | | | | | | | I am deeply disappointed in the state of our government for even considering such a heinous and irresponsible interpretation of the Endangered Species Act. What is our job as humans, polluters and unwanted imperialists of the Earth, if not to take some responsibility for the stewardship of our own natural habitat and defend the environments of other animals? This proposal is arguing against the protection of living beings. Living beings, conscious animals that will suffer because of us; old growth forests destroyed, scarcely able to return; entire species dying out by our hands. I am staunchly opposed, I am angry, I am sick at the thought of natural wildlife being sacrificed for our brief corporeal and monetary gain. I don't want to live in a country full of poachers, whether they are called 'loggers' or 'presidents'. I am of the opinion that we are in dire need of more environmental and endangered species protections, not less. Do not alter the definition of harm in the Endangered Species Act. | | | | | | | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0010 | Lawrence | LataneÂ´ | Washingto | VA | 22443 | United States | | | | | | | I oppose Fish and Wildlife's proposal to rescind the definition of harm under the Endangered Species Act. To conclude that "the existing regulatory definition of harm, which includes habitat modification, runs contrary to the best meaning of the statutory term take" defies common sense and plays a cynical game of semantics with America's wildlife resources and the millions of Americans who benefit from a functional, healthy environment. Habitat loss is the biggest threat all wildlife in this county faces. As a resident of rural America, I hunt, fish, birdwatching and vote. One of our country's greatest achievements has been its protection of wildlife and the places they depend on. This improves the quality of life for all Americans. | | | | | | | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0011 | Heather | Jarrell | | | | United States | | | | | | | We live in delicate ecosystems that are intertwined. By rescinding the word harm from applying to the habitats these species need to survive, you are harming them and causing untold ripple effects by eliminating their role in the circle of life. Every creature has its place. How a species interacts with their environment ensures there is enough flowers pollinated, soil tilled, bugs eaten, and trees to process carbon dioxide. God didn't make mines and strip malls. He made oceans and forests. The world will be irreparably harmed by this action. Protect these species and balance. There are other ways, but not at the cost of losing the creatures that make our country and world so special. | | | | | | | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0012 | Deborah | B | | PA | | United States | | | | | | | I oppose the change to the Endangered Species Act that is being proposed to remove the existing definition of harm which includes habitat modification. As you know, habitat is an essential part of a living organism. Habitat by definition includes food, water, shelter, and space. Destroying any one of these leads to death for any species. These things are most critical for species who have very specific habitat requirements. Destroy the habitat and you destroy them. It's common sense and you know that. You are proposing this change only to benefit people who want to make a profit off some area. Every species is connected with others, by killing one you will create a chain of events that will result in the deaths of additional species. Also, you rob the people of this country from the opportunity to benefit from the organism that is eliminated. And you are making this change to benefit the few instead of the larger population .Again, I oppose this change to the Endangered Species Act. | | | | | | | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0013 | Jonathan | McCoy | Vinton | VA | 24179 | United States | | | | | | | The intentional degradation of natural habitat IS harm. I don't understand how you people could possibly interpret it in any other way. If an animal cannot reproduce or nest, it cannot carry on the species. If it cannot carry on the species, the species isâ€"you guessed itâ€"HARMED. This administration is an embarrassment to America. | | | | | | | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0014 | Mark | Righter | | | | United States | | | | | | | This change is horrible. Habitat destruction of course harms the species. Please donâ€™t change | | | | | | | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0015 | Amber | Wood | | MI | | United States | | | | | | | Please don't make this change. Human beings have caused enough destruction to the natural world. We have more than enough available resources to us to live pretty great lives. We don't actually need more. We don't need to continue to destroy the world around us. There is more to our lives than commercial profits. I personally enjoy the beauty and wonder of nature - and I don't want to see any more of it strip mined for parts. I don't want to see more animals become extinct because we as humans just couldn't be greedy enough - and still think we need more. WE DON'T NEED MORE. We need to care for the world around us, including the animals. They live here too. They should be treated with more respect and dignity. Because the truth is we need the natural world - without it, we are setting ourselves up for our own extinction. We need real natural ecosystems in this world - for ourselves and the survival of the planet. This change of wording opens the door to more destruction. It doesn't save anything. Please don't make this change. | | | | | | | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0016 | Julia | Allen | Wilmingtor | NC | 28403 | United States | | | | | | | See attached file(s) | | | | | | https://downloads.regulations.gov/FWS-HQ-ES-2025-0034-0016/attachment_1.pdf | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0017 | Andrew | Christy | Plattsburgl | NY | 12903 | United States | | | | | | | If somebody bulldozes your home, haven't you been harmed even if they didn't beat you up or kill you? This proposed rule change will completely undermine the efficacy of the Endangered Species Act. If essential habitats are not protected, the species that rely on them for survival are no longer meaningfully protected either. This is obvious, as my initial example illustrates. It shows the callous cruelty of Donald Trump and his administration, a rank human WEAKNESS that he falsely believes to be strength. It takes real strength - of will, of heart, and of mind - for human beings to have the wisdom and foresight to coexist with the nonhuman world (which we fundamentally rely on as living creatures ourselves) in sustainable and non-destructive ways. The proposed rule is shortsighted and stupid. It will allow individuals and corporations who are already rich and powerful to further enrich themselves by destroying habitats that, once gone, will be gone forever. This rules change is obviously based on nothing more than greed and resentment of being required to give a damn about vulnerable species (i.e., resentment of the very essence of the Endangered Species Act itself). It will render the Act toothless, and should be opposed by anybody with a functioning brain (and soul). | | | | | | | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0018 | Kris | Davis | Lincoln | NE | 68502 | United States | | | | | | | This policy change is destructive and will open up the possibility for widespread loss of protected species of plants and animals. The narrowing definition of the word 'harm' to just mean actions taken towards a particular endangered animal is ignorant of the fact that an animal, and really any creature that exists in this world, needs food and shelter to survive. Sacrificing the ability of protected animals to find food and shelter in their native homes is cruel and ignorant. This planet operates on diversity, and by diminishing the amount of beings that provide ecosystem services, we diminish our capacity to survive on this planet. | | | | | | | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0019 | Ian | Hutchinso | Knoxville | TN | 37932 | United States | | | | | | | Hello, please do not move forward with this rule change as it will be impossible to prevent species from being negatively impacted by habitat alteration. I understand the desire to use land to develop but our children are seeing species eradicated at an alarming rate and this has negative consequences on their mental health. Please reconsider. | | | | | | | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0020 | Elizabeth | Rawlinson | | | | United States | | | | | | | I implore those reading this to reconsider this proposed rule. The word harm is and has been used in a variety of ways- colloquially, it can be direct or indirect. When referring to the well-being of any species, especially endangered species, it is inherently NECESSARY to interpret the word harm broadly. For instance, take a vernal pool. I'm from the Northeast of the United States, and these are very special habitats that host a multitude of species only found there. If, in the fall, when the pools dry up, the landscape is altered by human interference, and the vernal pool ceases to exist the next spring, that has DIRE consequences for those species that start their lives there, live there, and benefit from that environment. The United States should focus on protecting endangered species- it's our responsibility to ensure that biodiversity continues to thrive on Earth. Rescinding the definition of harm as it stands gives bad actors the leeway to permanently alter aspects of an endangered species' habitat, potentially destroying the species in the process. This is a gross misalignment of ethics and poor use of the Government's time to pursue this definition change. All life benefits from biodiversity. We need to make sure we are protecting those species that are endangered in this country. | | | | | | | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0021 | Thomas | Esch | Cape Elizal | ME | 4107 | United States | | | | | | | I wish to express my strong opposition to rescinding the definition of "harm" under the Endangered Species Act. The proposed recission relies upon a minority opinion by Justice Scalia in Babbitt vs. Sweet Home, which in turn relies solely on the definition of the word "take" as a means of undermining the definition of "harm." The argument put forward in this opinion and its application in this proposed rule flies in the face of common sense. If I deprive you of your house, or your means of earning a living, have I not harmed you? Any honest judge would find that I had in fact harmed you. As a biologist and a person who appreciates wildlife, I understand that degradation of the habitat of any species, endangered or not, harms that species in exactly the same manner as depriving you of your housing or ability to earn a living. | | | | | | | pageCount, Page Count, Number of pages In the content file |
| FWS-HQ-ES-2025-0034-0022 | David | Petersen | Saint Cloud | | 34769 | United States | | | | | | | As someone who has consistently been registered as Republican and voted Republican, I am opposed to any change which will encourage endangered species habitat loss. I live in Florida and grew up in Alaska and have seen what happens when entities dismiss the importance of preserving native habitats and ruin habit for temporary gain. Once destroyed, native habitats are hard and expensive to restore as the restoration of the Kissimmee River in Florida shows. I am not opposed to development and understand that people need someplace to live and work but it seems that nature always takes a back seat and is somehow less important than removing oil and gas or minerals. People are drawn to nature, as attendance at National Parks shows. The Republican Party has a lot of appeal to me, from its stance on social and border issues and conservative fiscal policies. However, the Party is missing the boat when it comes to environmental issues. Nature is not limitless and is a national treasure that should be very carefully managed. I believe that the United States could learn a lot from Cost Rica which had the foresight to preserve around 28% of its land and is now reaping great rewards for doing so. Please to not go forward with this bill, it will only benefit a small percentage of American citizens which will reap substantial financial rewards and leave the rest of us saddled with environmental issues to deal with, including degraded habitats, biodiversity loss, contaminated landscapes, and unsightly urban sprawl. | | | | | | | pageCount, Page Count, Number of pages In the content file |

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FWS-HQ-ES-2025-0034-0023 | FWS | FWS-HQ-E | m9l-de7r- | Public Sub | 2025-04-1 | FALSE | Comment from Kaplan, Yonatan | FALSE | FWS-HQ-ES-2025-0034-0001 | 2025-04-17T00:00Z | Comment(s) | 1 | 1 | Yonatan | Kaplan | new york | NY | 10029 | United States | Weakening protections of our fragile ecosystem is a shortsighted and detrimental measure which is a transparent cash grab by corporate oligarchs and their authoritarian enablers to plunder our country's natural resources. These protections are in place for a reason. Please rescind this disastrous legislation and do your research on what happens when people sacrifice environmental integrity for corporate greed. The lands and species protected are priceless and the services they provide our instrumental to continued human enjoyment of this planet. Is it really worth it for the oil industry to make a bigger profit in the next quarter if it means 5 years from now our air will be too polluted to breath without robust forests to purify it, that our farms will be barren without pollinators to allow crops to produce, and the only creatures that will share our miserable existence will be the rats, cockroaches, and parasites that thrive on human excrement since we will have wiped out the beautiful ecosystem that once defined our country. For the love of god read silent spring and do not repeat the follies of our unregulated past. We've been here before and it wasn't pretty. Revise this language to enforce stricter protections of America's wild treasures. | pageCount, Page Count, Number of pages in the content file |
| FWS-HQ-ES-2025-0034-0024 | FWS | FWS-HQ-E | m9l-dem1- | Public Sub | 2025-04-1 | FALSE | Comment from Gianni, Mary Beth | FALSE | FWS-HQ-ES-2025-0034-0001 | 2025-04-17T00:00Z | Comment(s) | 1 | 1 | Mary Beth | Gianni | Cincinnati | OH | 45243 | United States | Reduction or elimination of habitat is the number one cause of extinction of species. Harm leads to destruction of habitat; thus, harm should not be allowed to occur to endangered species. To the uninformed, one species may not seem important, but our ecosystems thrive and survive in a delicate balance. The disappearance of a species harms everyone, so harm should not be permitted to occur to habitats of endangered species. This is a wasteful and inefficient use of resources. The rule does not need to be changed. | pageCount, Page Count, Number of pages in the content file |
| FWS-HQ-ES-2025-0034-0025 | FWS | FWS-HQ-E | m9l-dhl8-l | Public Sub | 2025-04-1 | FALSE | Comment from Bellis-Kates, Elizab | FALSE | FWS-HQ-ES-2025-0034-0001 | 2025-04-17T00:00Z | Comment(s) | 1 | 1 | Elizabeth | Bellis-Kate | Boston | MA | 2116 | United States | Rescinding the definition of harm under the ESA and eliminating habitat protections takes away one of the most effective tools to preserve many species of plants and animals, not only endangered ones. If we interfere with any elements of a plant or animals life cycle it can cause extinction. Without safe places to live and breed living things cannot survive. Habitat loss is one of the main contributors to loss of flora and fauna. Destroying our environment is not a price humans can afford to pay for a few to make $$$. I am vehemently against this Trump administration attack on our earth and humanity. | pageCount, Page Count, Number of pages in the content file |
| FWS-HQ-ES-2025-0034-0026 | FWS | FWS-HQ-E | m9l-dhik-l | Public Sub | 2025-04-1 | FALSE | Comment from Anonymous | FALSE | FWS-HQ-ES-2025-0034-0001 | 2025-04-17T00:00Z | Comment(s) | 1 | 1 | Anonymou | Anonymous | | | | | Rescinding the definition of harm in this way will cause damage to wildlife, but also to the ecosystems and natural resources in the areas they frequent. It is only because habitats AND wildlife are both protected by the ESA that natural resources (timber, fresh water, even coal) are replenished and sustained, not to mention safely accessible by humans. If you reduce the definition of harm in this act, you increase the level of harm to the economy. If you won't be swayed by the impact on wildlife and our natural ecosystems alone, please reconsider because of the impact on your other financial interests. It may seem like a simple solution, but I guarantee that it is not a sustainable one. | pageCount, Page Count, Number of pages in the content file |
| FWS-HQ-ES-2025-0034-0027 | FWS | FWS-HQ-E | m9l-doi-k | Public Sub | 2025-04-1 | FALSE | Comment from Anonymous | FALSE | FWS-HQ-ES-2025-0034-0001 | 2025-04-17T00:00Z | Comment(s) | 1 | 1 | Anonymou | Anonymous | | | | | This is a nonsensical proposal and I strongly oppose it. If the habitat an endangered species relies on is no longer available, severely degraded, or disturbed, then that endangered species no longer has the resources necessary for its survival and will cease to exist. It is why host plants are protected alongside the insect, i.e. the Karner blue butterfly and wild lupine. | pageCount, Page Count, Number of pages in the content file |
| FWS-HQ-ES-2025-0034-0028 | FWS | FWS-HQ-E | m9l-dooo- | Public Sub | 2025-04-1 | FALSE | Comment from Hamlin, Robin | FALSE | FWS-HQ-ES-2025-0034-0001 | 2025-04-17T00:00Z | Comment(s) | 1 | 1 | Robin | Hamlin | McKinleyvil | CA | 95519 | United States | Do not change the definition of â€œharmâ€ under the ESA! | pageCount, Page Count, Number of pages in the content file |
| FWS-HQ-ES-2025-0034-0029 | FWS | FWS-HQ-E | m9l-dsr1- | Public Sub | 2025-04-1 | FALSE | Comment from Werder, Donald | FALSE | FWS-HQ-ES-2025-0034-0001 | 2025-04-17T00:00Z | Comment(s) | 1 | 1 | Donald | Werder | Ewing | NJ | 8628 | United States | â€œClimate change presents a nearer-term threat to the future of human civilization. The biodiversity crisis presents a longer-term threat to the viability of the human species.â€ - Katherine Hayhoe, climate scientist<br><br>â€œThe rich tapestry of life on Earth is fraying, due in large part to human-caused habitat loss and climate change.â€ - Ari Daniel, 2024<br><br>â€œFor thousands of years Homo sapiens behaved as an ecological serial killer; now it is morphing into an ecological mass murderer. If we continue with our present course, it will not just cause the annihilation of a large percentage of all life-forms but also might sap the foundations of human civilization.â€ â€ - Yuval Noah Harari, 2015<br><br>"It is as if man has been appointed managing director of the biggest business of all, the business of evolution...whether he is conscious of what he is doing or not, he is in point of fact determining the future direction of evolution of this earth. That is his inescapable destiny, and the sooner he realizes it and starts believing it, the better for all concerned." - Julian Huxley, 1957<br><br>Obviously I am opposed to this change. | pageCount, Page Count, Number of pages in the content file |
| FWS-HQ-ES-2025-0034-0030 | FWS | FWS-HQ-E | m9l-dn4t- | Public Sub | 2025-04-1 | FALSE | Comment from Anonymous | FALSE | FWS-HQ-ES-2025-0034-0001 | 2025-04-17T00:00Z | Comment(s) | 1 | 1 | Anonymou | Anonymous | | | | | This is a terrible idea. Part of America's greatness is all the flora and fauna. Super short sighted [illegible] | pageCount, Page Count, Number of pages in the content file |
| FWS-HQ-ES-2025-0034-0031 | FWS | FWS-HQ-E | m9l-dmu- | Public Sub | 2025-04-1 | FALSE | Comment from Anonymous | FALSE | FWS-HQ-ES-2025-0034-0001 | 2025-04-17T00:00Z | Comment(s) | 1 | 1 | Anonymou | Anonymous | | | | | I understand the rationale behind the change; however, it also seemingly opens up the door to feign ignorance. Further defining "harm" as a part of "take" gives special inference to habitat loss and destruction, which in terms of development, is an intentional (affirmative) action. There is no "accidental" or "indirect", developers and whoever else knowingly perform acts that lead to habitat loss while being aware that this causes damage and harm to wildlife populations. It is basic understanding and science that significantly altering habitat causes distress to wildlife. Removing such language allows for this common sense to be removed from the equation as one could easily say that the killing of wildlife from taking their habitat was "unintentional" - this is just ignorance. The inclusion of habitat gives light and protections to an essential component of what the ESA needs to do: protect endangered species. To do so, also means protecting their habitat in which they need to survive. Saying the elaboration is "unnecessary" is just a path towards bending the rules in favor of those who wish to pursue ambition at the consequence of our most vulnerable wildlife. | pageCount, Page Count, Number of pages in the content file |
| FWS-HQ-ES-2025-0034-0032 | FWS | FWS-HQ-E | m9l-dtdt-l | Public Sub | 2025-04-1 | FALSE | Comment from Pabst, Aimee | FALSE | FWS-HQ-ES-2025-0034-0001 | 2025-04-17T00:00Z | Comment(s) | 1 | 1 | Aimee | Pabst | | | | United States | I strongly oppose this change in interpretation of this law. How many times have we made an ecological decision and have reaped some unforeseen results? Harming habitat area for endangered species can directly harm the likelihood of their survival. Part of what is so great about America is the vast green spaces we still have left. To sacrifice these for a limited monetary gain is unconscionable. Please oppose this change! | pageCount, Page Count, Number of pages in the content file |
| FWS-HQ-ES-2025-0034-0033 | FWS | FWS-HQ-E | m9l-dtwn- | Public Sub | 2025-04-1 | FALSE | Comment from Byrd, Seth | FALSE | FWS-HQ-ES-2025-0034-0001 | 2025-04-17T00:00Z | Comment(s) | 1 | 1 | Seth | Byrd | Naples | FL | 34108 | United States | Hello. I was raised in southwest Florida and have lived here ever since. as a child i learned about our many different populations of endangered wildlife and have dedicated my time to keeping myself educated and vigilant. This legislation goes against everything i have been taught and is an insult to the heroes who dedicate their time and their lives to the conservation effort; fighting back against things exactly like this. Please reconsider carefully what this will mean for our country as a whole, the wildlife in it and the precedent we are setting for the world at large. -SB | pageCount, Page Count, Number of pages in the content file |
| FWS-HQ-ES-2025-0034-0034 | FWS | FWS-HQ-E | m9l-dum- | Public Sub | 2025-04-1 | FALSE | Comment from Sheets, Eleora | FALSE | FWS-HQ-ES-2025-0034-0001 | 2025-04-17T00:00Z | Comment(s) | 1 | 1 | Eleora | Sheets | | | | | This proposal would "harm" our efforts to protect many endangered species. I cannot belive this is serious! There is a reason we put protections in place and it's because we care about our ecosystems, do not go forward with this rule! | pageCount, Page Count, Number of pages in the content file |
| FWS-HQ-ES-2025-0034-0035 | FWS | FWS-HQ-E | m9l-duhs- | Public Sub | 2025-04-1 | FALSE | Comment from Anonymous | FALSE | FWS-HQ-ES-2025-0034-0001 | 2025-04-17T00:00Z | Comment(s) | 1 | 1 | Anonymou | Anonymous | | | | | By changing the rule of what harm means in this act opens the habitats of endangered and threatened animals to significant damage. The single biggest threat to wildlife is habitat destruction. While taking the habitat of these animals does not directly harm them it is harming them. It takes their home, food, breeding grounds, and ability to migrate. By taking those away we will see significant decrease of these already endangered plants and animals. The only change that should be made is to add a definition of the word harm to include indirect harm as well as direct. | pageCount, Page Count, Number of pages in the content file |
| FWS-HQ-ES-2025-0034-0036 | FWS | FWS-HQ-E | m9l-dvdk-! | Public Sub | 2025-04-1 | FALSE | Comment from P, S | FALSE | FWS-HQ-ES-2025-0034-0001 | 2025-04-17T00:00Z | Comment(s) | 1 | 1 | S | P | | | | United States | I believe we all have a responsibility to do more that just avoid the "taking" of the animals, plants and wildlife environments this act covers. The extension to include "harm" was a result of OUR human actions that placed these environments at risk of resulting in the destruction and taking of life by our actions. Sometimes accidental and sometimes deliberate and with calculation based on our developmental or geographical extension of human practices. If we do not do everything in our power to preserve life and the habitats that promote life then even our US National bald and golden eagles to name just a few. "The US EPA's influence on bald eagle populations was significant, particularly regarding the ban on DDT in 1972. This action, along with the Endangered Species Act and other conservation efforts, contributed to the eagle's dramatic recovery." There are endangered species act and others that play a role but the EPA is essential part of that framework. I implore you NOT to remove this wording that extends protection to harm as I believe it was a necessary extensions as the original definition of take was insufficient. Thanks you for your consideration of these comments and your support in rejecting the proposed changes. | pageCount, Page Count, Number of pages in the content file |
| FWS-HQ-ES-2025-0034-0037 | FWS | FWS-HQ-E | m9l-dvgh- | Public Sub | 2025-04-1 | FALSE | Comment from Fogal, Sky | FALSE | FWS-HQ-ES-2025-0034-0001 | 2025-04-17T00:00Z | Comment(s) | 1 | 1 | Sky | Fogal | Jim Thorpe | PA | | | Hello,<br><br>I'm an avid outdoors-man in rural PA, and the idea that habitat destruction isn't considered harmful to animals is like saying that if I bulldoze your house, I'm not causing you any harm. It doesn't even come close to passing the laugh test.<br><br>This rule change will cause untold impacts to our natural environment. It will harm not just animals but the people who enjoy them, either through hunting, fishing, or even hiking and biking.<br><br>Don't toss common sense out the door due to a lobbyist. Use your head and realize that we all want to be able to go for a walk outside and see and hear animals, breathe clean air, and drink clean water. Anything less is a dystopian hellscape. | pageCount, Page Count, Number of pages in the content file |
| FWS-HQ-ES-2025-0034-0038 | FWS | FWS-HQ-E | m9l-dvsm- | Public Sub | 2025-04-1 | FALSE | Comment from Douglass, James | FALSE | FWS-HQ-ES-2025-0034-0001 | 2025-04-17T00:00Z | Comment(s) | 1 | 1 | James | Douglass | ESTERO | FL | 33928 | United States | Dear Rule Makers,<br><br>Please do not rescind the definition of harm under the Endangered Species Act to preempt habitat protection.<br><br>Habitat loss is the leading cause of species extinction in the US and globally, and worsens the impact of other threats to species such as overexploitation and pollution [1]. Our Endangered Species Act is currently effective principally because it prohibits destruction of habitats critical to the survival of listed species. The proposed rule change, narrowing the definition of harm to exclude habitat destruction, would inevitably result in a cascade of habitat loss and extinctions. This would permanently diminish our nation's unique natural beauty and biological wealth [2].<br><br>I strongly encourage you to reject this proposed rule change and affirm the value of habitat and species protection for our national well-being.<br><br>Thank you,<br><br>James G. Douglass, PhD<br>Professor of Marine Science<br>The Water School at Florida Gulf Coast University<br>jdouglass@fgcu.edu<br><br>Reference cited:<br><br>[1] Brook, B. W., Sodhi, N. S., & Bradshaw, C. J. (2008). Synergies among extinction drivers under global change. Trends in ecology & evolution, 23(8), 453-460. | pageCount, Page Count, Number of pages in the content file |
| FWS-HQ-ES-2025-0034-0039 | FWS | FWS-HQ-E | m9l-dwag- | Public Sub | 2025-04-1 | FALSE | Comment from Anonymous | FALSE | FWS-HQ-ES-2025-0034-0001 | 2025-04-17T00:00Z | Comment(s) | 1 | 1 | Anonymou | Anonymous | | | | | This is unconscionable. Animals can't defend their essential needs and this strips key protections.<br><br>Unlike humans, animals have specific diets and environments in order to survive. If you deprive them of their food source, this is by definition harm. If you wipe out things they need to procreate, this is also harm. The result of this change would undo decades of work to restore endangered species and potentially endanger more. The ecological effects will decrease biodiversity.<br><br>The grounds for changing this are directly in opposition to a Supreme Court ruling and ignoring the majority decision in favor of the dissenting opinion is not how our justice system works. | pageCount, Page Count, Number of pages in the content file |
| FWS-HQ-ES-2025-0034-0040 | FWS | FWS-HQ-E | m9l-dwqi-l | Public Sub | 2025-04-1 | FALSE | Comment from Marshall, Eric | FALSE | FWS-HQ-ES-2025-0034-0001 | 2025-04-17T00:00Z | Comment(s) | 1 | 1 | Eric | Marshall | Saginaw | MI | 48603 | United States | In changing the definition of the word, you are directly impacting and causing harm to species. If we took away someone's home, access to food, and surrounding areas that they rely on, it would cause direct harm the individual. In the same sense, this is what changing this definition would do to countless species. Having habitats and areas of protection is economically important as well. When we protect areas and treat them well, surrounding areas also benefit from the biodiversity that is able to live in the area. This has been proven to be true many many times. This administration is doing all they can to reduce the ability for anything and anyone to be protected all for the gains of money. This must not change. | pageCount, Page Count, Number of pages in the content file |